UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SAVANNAH STEPHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO. 1:06-CV-391 TS |
| v. | ) |
| | ) |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM AND ORDER

Savannah Stephens, by counsel, submitted a petition for leave to proceed *in forma pauperis*. The petition declares that Ms. Stephens is not employed, has no significant assets, and has had minimal income for the past 12 months. It appearing that she is unable to pay the filing fee, the Court: (1) **GRANTS** the *in forma pauperis* petition [DE 2]; (2) **DEFERS** the filing fee; and (3) **ORDERS** the Plaintiff to pay the $350.00 filing fee from the proceeds of any recovery that she receives in this case; and (4) **DIRECTS**, pursuant to 28 U.S.C. § 1915(d), the U.S. Marshal Service to effect service of process on the Defendant.

SO ORDERED on December 13, 2006.

 s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION